IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BLAIR DOUGLASS, | | |
| Plaintiff, | | 22cv0936<br>LEAD CASE |
| v. | | |
| BLENDJET INC., | | |
| Defendant. | | |

| | | |
|---|---|---|
| BLAIR DOUGLASS, | | |
| Plaintiff, | | 22cv0949<br>MEMBER CASE |
| v. | | |
| JWU LLC, | | |
| Defendant. | | |

**ORDER OF COURT**

AND NOW, this 22nd day of September 2022, for the reasons set forth more fully in the accompanying Memorandum Opinion (ECF 138), this court DENIES the Motion to Dismiss filed by Defendant at ECF 113.

Defendant shall file its Answer to the Complaint on or before September 30, 2022.

/s/ Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc: All ECF Counsel of Record